IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD GREENE,

      Plaintiff,                    No. 2:09-cv-0793 JFM (PC)

    vs.

JAMES TILTON, et al.,               ORDER

      Defendants.

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 17, 2009, the office of attorney Tracy Lum contacted the Court Clerk's office to obtain documents for service of process. Counsel intends to serve process pro bono on plaintiff's behalf. The State Bar of California confirms that Ms. Lum is an active member in good standing. Good cause appearing, counsel's request will be granted.

        IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall forward the following documents to Law Office of Tracy Lum, 6680 Alhambra Avenue, #214, Martinez, CA 94553:

            a. Summons (lodged June 26, 2009 #9);

            b. Three copies of the complaint (lodged June 26, 2009 #9); and

1

c. A copy of this court's May 29, 2009 order.

DATED: August 18, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; gree0793.svc