IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD GREENE,

        Plaintiff,                No. 2:09-cv-0793 JFM (PC)

   vs.

JAMES TILTON, et al.,

        Defendants.        <u>ORDER AND MODIFIED DISCOVERY</u>

                        /        <u>AND SCHEDULING ORDER</u>

        On April 20, 2010, plaintiff filed a motion to compel and a motion for sanctions. The arguments presented by plaintiff here are identical to those addressed by the court in its February 2, 2010 order denying plaintiff's January 13, 2010 motion to compel and motion for sanctions and again addressed in its March 12, 2010 order denying plaintiff's February 12, 2010 motion for reconsideration.

        Upon review of the record, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 20, 2010 motion to compel and motion for sanctions is denied;

        2. Plaintiff shall serve on defendants his request for production of documents within fifteen (15) days from the date of this order; and

        3. The February 2, 2010 scheduling order is modified as follows:

/////

1

a. The parties may conduct discovery until July 27, 2010. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

b. All pretrial motions, except motions to compel discovery, shall be filed on or before October 27, 2010. Unless otherwise ordered, all motions to dismiss, motions for summary judgment, motions concerning discovery, motions pursuant to Rules 7, 11, 12, 15, 41, 55, 56, 59 and 60 of the Federal Rules of Civil Procedure, and motions pursuant to Local Rule 11-110 shall be briefed pursuant to Local Rule 78-230(m). Failure to oppose such a motion timely may be deemed a waiver of opposition to the motion. Opposition to all other motions need be filed only as directed by the court.

c. Pretrial conference and trial dates will be set, as appropriate, following adjudication of any dispositive motion, or the expiration of time for filing such a motion.

DATED: April 29, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014.gree0793.mtc(2)

2