IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD GREENE,

      Plaintiff,                      No. 2:09-cv-0793 JFM (PC)

    vs.

JAMES TILTON, et al.,

      Defendants.

_____/    <u>ORDER</u>

          On August 3, 2010, plaintiff filed a motion for a twenty-day extension of time to file a motion to compel. Plaintiff claims defendants have tardily responded to his discovery requests, have improperly objected to all discovery requests, and have "back-dated" their objections to appear timely. Plaintiff seeks this extension so that he may obtain his prison mail logs in support of his motion to compel. Discovery ended on July 27, 2010.

          Good cause appearing, IT IS HEREBY ORDERED that:

          1. Plaintiff's motion is granted;

          2. Plaintiff may file a motion to compel on or before August 20, 2010;

/////

/////

/////

/////

1

1        3. Along with a copy of this order and pursuant to plaintiff's August 3, 2010
2 request, the Clerk of the Court is directed to send to plaintiff a blank copy of the Order Re
3 Consent or Request for Reassignment.
4 DATED: August 9, 2010.

                                        UNITED STATES MAGISTRATE JUDGE

/014.gree0793.mot