IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD H. GREENE,

          Plaintiff,                 No. 2:09-cv-0793 JAM JFM (PC)

     vs.

JAMES TILTON, et al.,

          Defendants.         <u>ORDER</u>

_____/

       Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the

2  appointment of counsel is denied.

3  DATED: May 2, 2011.

4

5                                          _____
                                           UNITED STATES MAGISTRATE JUDGE
6

7  /014;gree0793.31

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26