IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD H. GREENE,

      Plaintiff,                   No. 2:09-cv-0793 JAM JFM (PC)

   vs.

JAMES TILTON, et al.,

      Defendants.            <u>ORDER</u>

                                 /

       Defendants have filed a motion for extension of time to file a motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Defendants' August 19, 2011 motion for an extension of time is granted;

       2. Defendants are granted up to and including August 29, 2011 to file their motion for summary judgment.

DATED: August 23, 2011.

                                             UNITED STATES MAGISTRATE JUDGE

/014;gree0793.36(2)

1