1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD H. GREENE,

11              Plaintiff,                    No. 2:09-cv-0793 JAM JFM (PC)

12        vs.

13   JAMES TILTON, *et al.*,

14              Defendants.              <u>ORDER</u>

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19              On March 1, 2012, the magistrate judge filed findings and recommendations

20   herein which were served on the parties and which contained notice to the parties that any

21   objections to the findings and recommendations were to be filed within fourteen days.  No

22   objections to the findings and recommendations have been filed.

23              The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1    1.  The findings and recommendations filed March 1, 2012 are adopted in full;

2    2.  Plaintiff's motion for summary judgment is denied; and

3    3.  Defendants' motion for summary judgment is denied.

4  DATED:   March 29, 2012

5

6                                              /s/ John A. Mendez

7                                              UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26