# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

RICHARD H. GREENE,

            Plaintiff,                No. 2:09-cv-0793 JAM JFM (PC)

    vs.

JAMES TILTON, et al.,

                       **ORDER & WRIT OF HABEAS CORPUS**
           Defendants.      **AD TESTIFICANDUM**

            Richard H. Greene, CDCR # P-92306, a necessary and material witness in a settlement conference in this case on June 12, 2013, is confined in Valley State Prison (VSP), 21633 Avenue 24, Chowchilla, California 93610, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Wednesday, June 12, 2013 at 9:00 a.m.

            ACCORDINGLY, IT IS ORDERED that:

            1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kendall J. Newman; and

            2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.


## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, VSP, P.O. Box 99, Chowchilla, California 93610:**

            **WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by Judge Newman.

            **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  May 7, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE