UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD H. GREENE,<br><br>              Plaintiff,<br><br>       v.<br><br>JAMES TILTON, et al.,<br><br>              Defendants. | No. 2:09-cv-00793-JAM-EFB P<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 12, 2013, the parties participated in a settlement conference before Magistrate Judge Kendall J. Newman. Following settlements negotiations, the parties reached a verbal settlement agreement and were directed to file dispositional documents within six months. *See* ECF No. 86. The time for doing so has now expired.

The court notes that on November 20, 2013 defendants filed a document styled as a response to a letter from plaintiff regarding the terms of the settlement. *See* ECF No. 89. Despite this representation of settlement, no stipulation of dismissal or other dispositive documents have been filed with the court.

/////

1

1     Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this
2 order the parties shall file a stipulation of dismissal or other dispositional documents, and shall
3 SHOW CAUSE in writing why sanctions should not be imposed for the failure to timely file
4 dispositional documents.
5     SO ORDERED.
6 DATED: February 4, 2014.

                          EDMUND F. BRENNAN
7                           UNITED STATES MAGISTRATE JUDGE