Mark H. Harris (SBN 133578)
LAW OFFICES OF MARK H. HARRIS
2207 J Street
Sacramento, CA 95816
Telephone: (916) 442-6155
Facsimile:  (916) 444-5921

Attorneys for Defendants
JAMES TILTON, MATHEW CATE, and
SUZAN HUBBARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GREENE, | CASE NO.  2:09-cv-0793-JAM-JFM |
| Plaintiff, | |
| v. | **STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41] AND ORDER** |
| JAMES TILTON, et al, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff RICHARD GREENE and defendants JAMES TILTON, MATHEW CATE, and SUZAN HUBBARD, by and through their attorney Mark H. Harris, that this entire action be, and hereby is, dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each side to bear his/her/its own costs and attorney fees.

Dated: June 14, 2013              /s/ Richard Greene
                                  RICHARD GREENE,
                                  Plaintiff

-1-

**STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41] AND ORDER**

| | |
|---|---|
| Dated: June 14, 2013 | LAW OFFICES OF MARK H. HARRIS |
| | By: /s/ Mark H. Harris |
| | MARK H. HARRIS |
| | Attorneys for Defendants JAMES TILTON, MATHEW CATE, and SUZAN HUBBARD |

**IT IS SO ORDERED:**

Dated: February 5, 2014

/s/ John A. Mendez
United States District Court Judge

-2-

**STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41] AND ORDER**